**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,**

    **Plaintiff,**

v.                                                 **Case No: 6:14-cv-1636-Orl-31GJK**

**DESIGN BUILD ENGINEERS AND CONTRACTORS, CORP., MICHAEL A. THOMPSON, GEORGETTE WIGGAN-THOMPSON, LBV HOLDINGS, LLC and WESTMORELAND HOLDINGS, LLC,**

    **Defendants.**

## ORDER

This matter is before the Court following oral arguments on the Plaintiff's Amended Motion for Preliminary Injunction (Doc. 22) ("Motion"), held December 9, 2014. The gravamen of the motion hearing was whether Travelers Casualty and Surety Company of America ("Travelers") is entitled to an order directing that the Defendants post $1,600,341.00 in collateral and to produce complete and accurate financial records to Plaintiffs. Traveler's claims entitlement to such an order under the terms of the underlying General Agreements of Indemnity ("GAI") attached to the Amended Complaint. At the hearing the Court gave notice of its intent to enter this Order.

It is, therefore

**ORDERED** that Defendants shall provide current, accurate, and complete financial statements to Plaintiff no later than December 18, 2014 at 4:00 PM. Further, Defendants are hereby **ENJOINED** until further notice of the Court from transferring or alienating any significant assets.[1]

---

[1] Significant assets exclude cash and other assets necessary for the regular conduct of the

**TAKE NOTICE** that the Court will conduct an additional hearing on **FRIDAY DECEMBER 19, 2014 AT 9:30 AM** as to the matters addressed in this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 9, 2014.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

---

Defendants' business as well as cash and assets necessary for the regular maintenance and support of the Defendants' families.